# UNITED STATES DISTRICT COURT
## for the
### MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **NICOLE DELUCIA-ROITMAN and DARREN CHANG**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*<br><br>v.<br><br>**NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD.,**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:26-cv-00014<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Seth Kinmont, being duly sworn, state:

I am a Private Process Server, 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to NISSAN NORTH AMERICA, INC. in Sacramento County, CA on January 9, 2026 at 9:01 am at 2710 Gateway Oaks Dr, Ste 150N, Sacramento, CA 95833-3502 by leaving the following documents in a Dropbox at Corporation Service Company is authorized by appointment or by law to receive service of process for NISSAN NORTH AMERICA, INC..

CLASS ACTION COMPLAINT
SUMMONS IN A CIVIL ACTION
NOTICE OF SETTING OF INITIAL CASE MANAGEMENT CONFERENCE
ORDER
NOTICE REGARDING CONSENT OF THE PARTIES

Administrative Order No. 217 (First Amended)
Race: , Sex: , Est. Age: Unknown, Hair: , Glasses: N, Est. Weight: , Est. Height: .
Geolocation of Serve: https://google.com/maps?q=38.6160116667,-121.5164216667
Photograph: See Exhibit 1

Total Cost: $85.00

Proof Job #1458878 | Serve #SRV-EP3GZNR                                                          Page 1

*[Signature]*
Signature
Seth Kinmont
+1 (310) 623-9172

Subscribed and sworn to before me this ____ day of _____, _____, by _____

Witness my hand and official seal.

Notary Public _____

My commission expires: _____

**SEE ATTACHED NOTARIAL WORDING**

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| NICOLE DELUCIA-ROITMAN and DARREN CHANG, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> NISSAN NORTH AMERICA, INC. and NISSAN MOTOR CO., LTD., <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 3:26-cv-0014

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NISSAN NORTH AMERICA, INC.
One Nissan Way
Franklin, Tennessee 37067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/6/2026

*Sabrina Brewer*
Signature of Clerk or Deputy Clerk

Civil Action No. 3:26-cv-0014

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **NISSAN NORTH AMERICA**
was received by me on *(date)* **1-12-26**.

☒ I personally served the summons on the individual at *(place)* **2710 GATEWAY OAKS DRIVE STE 150N** on *(date)* **1-13-26**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ — for travel and $ — for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: **1-13-26**

_____
Server's signature

**SETH KINMONT**
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

**SEE ATTACHED NOTARIAL WORDING**

CLEAR

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of Sacramento )

On **January 13th, 2026** before me, **Xavier Tavo Shabazz**, A Notary Public
Date — Here Insert Name and Title of the Officer

Personally appeared **Seth Kinmont**
Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature **X. Shabazz**
Signature of Notary Public

[Notary Seal: XAVIER TAVO SHABAZZ, Notary Public - California, Sacramento County, Commission # 2540763, My Comm. Expires Dec 8, 2029]

Place Notary Seal Above

----------OPTIONAL----------
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document **Summons in a civil Action** Document Date **01/13/2026**
Number of Pages **3** Signer(s) Other Than Named Above _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name _____
☐ Corporate Officer—Title(s) _____
☐ Partner  ☐ Limited  ☐ General
☐ Individual  ☐ Attorney in Fact
☐ Trustee  ☐ Guardian or Conservator
☐ Other _____
Signer Is Representing _____

Signer's Name _____
☐ Corporate Officer—Title(s) _____
☐ Partner  ☐ Limited  ☐ General
☐ Individual  ☐ Attorney in Fact
☐ Trustee  ☐ Guardian or Conservator
☐ Other _____
Signer Is Representing _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5907

# CALIFORNIA JURAT

**GOVERNMENT CODE § 8202**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Sacramento__

Subscribed and sworn to (or affirmed) before me on this __13th__ day of __January__, 20__26__, by

(1) __Seth Kinmont__

(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature __X. Shabazz__
Signature of Notary Public

**XAVIER TAVO SHABAZZ**
Notary Public - California
Sacramento County
Commission # 2540763
My Comm. Expires Dec 8, 2029

*Place Notary Seal and/or Stamp Above*

─── OPTIONAL ───

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: __Affidavit of Service__

Document Date: __01/13/2026__   Number of Pages: __5__

Signer(s) Other Than Named Above: _____

©2019 National Notary Association



