UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NICOLE DELUCIA-ROITMAN and DARREN CHANG, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 3:26-cv-00014 |
| v. | )<br>) |
| NISSAN NORTH AMERICA, INC. and NISSAN MOTOR CO., LTD., | )<br>)<br>) |
| Defendants. | ) |

## DEFENDANT NISSAN NORTH AMERICA, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

Defendant Nissan North America, Inc. ("Nissan"), pursuant to Federal Rules of Civil Procedure 6(b)(1) and Local Rule 6.01(a), moves this court for a 45-day extension of time until March 16, 2026, in which to file a response to Plaintiff's Complaint. Undersigned counsel for Nissan has conferred with Plaintiff's counsel, who does not oppose this request.

Therefore, Nissan respectfully moves the Court to enter an Order extending its deadline to respond to the Complaint to March 16, 2026.

Dated: January 30, 2026

Respectfully submitted,

*s/ Brigid M. Carpenter*
Brigid M. Carpenter (TN BPR 018134)
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
bcarpenter@bakerdonelson.com
Tel: (615) 726-7341

*Attorneys for Defendant Nissan North America, Inc.*